May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

LADONNA K. TATUM, Appellant

NO. 14-11-00622-CV                    V.

BRETT A. TATUM, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, BRETT A TATUM, signed May 9, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred. We therefore **AFFIRM** the trial court's divorce decree in so far as it grants the divorce, but we **REVERSE** the division of the marital estate in the trial court's divorce decree and order it severed and **REMAND** for proceedings in accordance with the court's opinion.

We order appellee, BRETT A. TATUM, to pay all costs incurred in this appeal. We further order this decision certified below for observance.